imously affirmed, with costs. See, also, 164 App. Div. 906, 148 N. Y. Supp. 1127.

---

McCAUSLAND v. MATHEWS et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Charles H. McCausland against Christopher A. Mathews, impleaded with others. No opinion. Motion granted, upon payment of $10 costs and disbursements to respondent. Order filed.

---

McCLOSKEY, Appellant, v. A. M. STEIN & CO., Inc., et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by William J. McCloskey against A. M. Stein & Co., Incorporated, and others. No opinion. Application denied, with $10 costs.

---

In re McGOWAN. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) In the matter of the final judicial settlement of the accounts of Thomas J. McGowan, as executor, etc., of Michael O'Neil, deceased. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 153 N. Y. Supp. 1127.

---

In re McGOWAN. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) In the matter of the final judicial settlement of the accounts of Thomas J. McGowan, as executor, etc., of Michael O'Neil, deceased. No opinion. Decree of the Surrogate's Court of Rockland County affirmed by default, with costs. See, also, 153 N. Y. Supp. 1127.

---

McMAHON, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Mary McMahon, as administratrix, etc., against the New York State Railways.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the court erred in charging the jury that it was the duty of the motorman to exercise reasonable care in discovering the plaintiff's intestate upon its tracks.

ROBSON, J., not sitting.

---

In re McMANAMEE. (Supreme Court, Appellate Division, First Department. June 18, 1915.) In the matter of Mary McManamee, deceased. J. P. Hennessy, of New York City, for appellant. C. V. Halley, Jr., of New York City, for respondent. No opinion. Decree affirmed, with costs. Order filed.

---

McNAMEE v. CHENOWETH et al. (Supreme Court, Appellate Division, First Department, June 4, 1915.) Action by Mary J. Mc-

Namee, as executrix, against Catharine R. Chenoweth and another, impleaded with others. H. M. Hitchings, of New York City, for appellants. A. R. Johnson, of Brooklyn, for respondent. No opinion. Judgments affirmed, with costs. Orders filed. See, also, 152 N. Y. Supp. 1126.

---

McNAUGHTON, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department, May 28, 1915.) Action by Neil D. McNaughton as trustee of William Cappielo, bankrupt, against the Rutland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

McQUADE, Respondent, v. MORROW et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Proceeding by Anthony McQuade against James M. Morrow and others. C. J. Nehrbas, of New York City, for appellants. H. J. Smith, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MALLEY, Respondent, v. ARTHUR, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Peter J. Malley against John F. Arthur.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

---

MAMARONECK SOUND SIDE REAL ESTATE CO., Respondent, v. HANNAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by the Mamaroneck Sound Side Real Estate Company against John L. Hannan and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: The evidence is insufficient to charge the defendants Hannan and Wagner with responsibility for the accident, and as to them the judgment and order of the County Court of Westchester County are reversed, and a new trial ordered, with one bill of costs to both, to abide the event, and as to the appellant Mayer the judgment and order are unanimously affirmed, with costs.

---

MANDEVILLE, Respondent, v. D'OENCH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Frederick A. Mandeville, as executor, etc., against Alfred D'Oench and others. B. E. Messler, of New York City, for appellants. E. W. Harris, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.